UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

GARY TANNER and
ANDREW DAVENPORT.,

                Defendants.



17 Cr. 61 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall inform the Court by letter no later than January 9 of their views as to the applicability of United States v. Brown, 459 F.3d 509 (2006) to this case.

SO ORDERED.

Dated:    New York, New York
           January 2, 2018

_____
LORETTA A. PRESKA
Senior United States District Judge