```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES,                       :
                                     :
                Plaintiff,           :    17 Cr. 61 (LAP)
                                     :
     v.                              :         Order
                                     :
TANNER, et al.,                      :
                                     :
                Defendants.          :
                                     :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

The Defendant's motion to dismiss the indictment (dkt. no. 42) is denied.  Opinion to follow.

SO ORDERED.

Dated:   New York, New York
         January 10, 2018

_____
LORETTA A. PRESKA
Senior United States District Judge