UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

                Plaintiff,

     -against-                    17 Cr. 61 (LAP)

GARY TANNER and                     ORDER
ANDREW DAVENPORT.,

                Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

     Counsel shall confer further and propose a more prompt briefing schedule on the defendants' motion to compel.

SO ORDERED.

Dated:    New York, New York
          February _1_, 2018

                                  _/s/ Loretta A. Preska_
                                  LORETTA A. PRESKA
                                  Senior United States District Judge