## KOSTELANETZ & FINK, LLP
7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

October 26, 2018

**Filed on ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Gary Tanner and Andrew Davenport,**
              **S1 17 Cr. 61 (LAP)**

Dear Judge Preska:

    We write on behalf of Andrew Davenport, and with the consent of counsel for Gary Tanner and the government, to inform the Court that, in light of the voluminous materials recently provided to us by counsel for Valeant, the defendants will not be prepared to address restitution at the sentencing hearing on Tuesday, October 30, 2018.

    Accordingly, we request that the defendants be provided two weeks from the date of sentencing, or until November 13, 2018, in which to submit briefing on Valeant's restitution claims. It is our understanding that after our submissions are filed, the government will inform the Court of the amount of time required to respond.

Respectfully,

Sharon L. McCarthy

cc: Counsel of Record (by ECF)