KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001
—
TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

February 4, 2020

**By ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: **United States v. Andrew Davenport**,
      **S1 17 Cr. 61 (LAP)**

Dear Judge Preska:

  As the Court is aware, we represent Andrew Davenport in the above-referenced matter. On January 21, 2020, Mr. Davenport self-surrendered to FCI Schuylkill Satellite Camp to begin serving his sentence. As a condition of his pretrial release in this matter, Mr. Davenport previously surrendered his passport to the Pretrial Services Office. We now request that the Pretrial Services Office be directed to return Mr. Davenport's passport to undersigned counsel for safekeeping until his release from custody. We have conferred with AUSA Richard Cooper and understand that the government has no objection to this request.

                Respectfully submitted,

                /s/Sharon L. McCarthy
                Sharon L. McCarthy

cc: AUSA Richard Cooper (by ECF)