UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

ANDREW DAVENPORT,

              Defendant.

No. 17 Cr. 61 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Government is directed to respond to Mr. Davenport's motion to modify his sentence [dkt. no. 251] by letter no later than April 6, 2020.

**SO ORDERED.**

Dated:   March 23, 2020
       New York, New York

*/s/ Loretta A. Preska*

_____
LORETTA A. PRESKA
Senior U.S. District Judge