

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 10, 2021

**BY ECF**

Honorable Loretta A. Preska
Senior United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: **United States v. Gary Tanner, et al.,**
     **S1 17 Cr. 61 (LAP)**

Dear Judge Preska:

   The Government respectfully writes to request an adjournment of the briefing schedule for Kristin Davenport's petition for an ancillary proceeding to assert her interest in certain property which has been ordered to be forfeited to the United States (the "Petition"). Pursuant to the current schedule, the Government's response is due on December 10, 2021 and Ms. Davenport's reply is due on December 29, 2021. The parties continue to engage in discussions about potential resolution of this matter, and in order to conserve judicial resources and resources of the parties, the Government respectfully requests that the deadlines be adjourned by one week, such that Government's response would be due on December 17, 2021 and Ms. Davenport's reply would be due on January 5, 2022.

   I have conferred with counsel for Ms. Davenport, who has advised that she consents to this request.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

     by: _____/s/_____
       Richard Cooper
       Assistant United States Attorney
       (212) 637-1027

cc: Counsel of Record (by ECF)