

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 28, 2021

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  *United States v. Andrew Davenport*
           S1 17 Cr. 61 (LAP)

Dear Judge Preska:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter.  As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Andrew Davenport, in the Specific Property was ordered forfeited pursuant to an Amended Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 261) and no third-party claims have been filed within the statutory period.  Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney
      Southern District of New York

By:  /s_____
     Richard Cooper
     Assistant United States Attorney
     Tel. (212) 637-1027

*Enclosure*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
    UNITED STATES OF AMERICA       :    **FINAL ORDER OF FORFEITURE**

           -v.-                        :    S1 17 Cr. 61 (LAP)

    ANDREW DAVENPORT,

            Defendant.
------------------------------------ X

WHEREAS, on or about October 31, 2018, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 209), which ordered the forfeiture to the United States of all right, title and interest of ANDREW DAVENPORT (the "Defendant") in the following property, among other property:

    a. Any and all assets on deposit in Wells Fargo Advisors Account 2249-1994 and Command Account 888392953, held in the name of "Andrew J. Davenport";

    b. Any and all assets on deposit in RBC Capital Markets Account 316-75901, held in the name of Andrew Davenport;

    c. Any and all assets on deposit in UBS Account PY 30391, held in the name of Andrew and Kristin Davenport; and

    d. Any and all assets on deposit in UBS Account PY 30390, held in the name of Andrew and Kristin Davenport;

(a. through d., collectively the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in

accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on November 29, 2018, for thirty (30) consecutive days, through December 28, 2018, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on December 28, 2021 (D.E. 281);

WHEREAS, on or about March 25, 2021, the Court entered an Amended Preliminary Order of Forfeiture as to Specific Property/Money Judgment amending the Preliminary Order of Forfeiture to make the Defendant's Money Judgment joint and severally liable with co-defendant Gary Tanner (D.E. 261).

WHEREAS, on or about August 16, 2021, notice of the Preliminary Order of Forfeiture was sent by certified mail, return receipt requested, to:

> Kristen Davenport
> Horsham, PA 19044

(the "Noticed Party");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Party are the only people and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
December 29, 2021

SO ORDERED:

_____
HONORABLE LORETTA A. PRESKA
SENIOR UNITED STATES DISTRICT JUDGE

3