# KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007
—
TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001
—
TEL: (202) 875-8000
FAX: (202) 844-3500

March 8, 2022

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Andrew Davenport**,
              **S1 17 Cr. 61 (LAP)**

Dear Judge Preska:

     As the Court is aware, we represent Andrew Davenport in the above-referenced matter. We write to request that the Court order the termination of Mr. Davenport's bail conditions and the exoneration of his personal recognizance bond. We are advised by Assistant United States Attorney Richard Cooper that the government has no objection to this request.

     After his arrest in this matter, Mr. Davenport was released on a personal recognizance bond in the amount of $2 million, secured by his residence in Haverford, Pennsylvania. On October 30, 2018, Mr. Davenport was sentenced to one year of incarceration and a period of two years' supervised release. Mr. Davenport surrendered to the custody of the Bureau of Prisons ("BOP") on January 21, 2020 to serve his sentence. He has been released from custody and is currently serving his term of supervised release.

     The government has agreed that Mr. Davenport's home in Haverford, Pennsylvania, which secures the personal recognizance bond, may be sold in order to satisfy the forfeiture obligation in this case. The home cannot be sold until the bond is exonerated.

     Accordingly, we respectfully request that the Court order the termination of Mr. Davenport's bail conditions and the exoneration of his personal recognizance bond.

                                            Respectfully submitted,

                                            /s/Sharon L. McCarthy
                                            Sharon L. McCarthy

cc:  AUSA Richard Cooper (by ECF)

```
SO ORDERED.
Dated:    March 8, 2022
          New York, New York
```

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge